**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: UGASTE, JOHN E | § Case No. 07-22684 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $27,544.00 *(without deducting any secured claims)* | Assets Exempt: $36,400.00 |
| Total Distribution to Claimants: $61,448.13 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $6,815.23 | |

3) Total gross receipts of $ 196,424.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 128,161.39 (see **Exhibit 2**), yielded net receipts of $68,263.36 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 6,815.23 | 6,815.23 | 6,815.23 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 61,448.13 | 61,448.13 | 61,448.13 |
| **TOTAL DISBURSEMENTS** | $0.00 | $68,263.36 | $68,263.36 | $68,263.36 |

4) This case was originally filed under Chapter 7 on December 03, 2007.
. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2010          By: /s/JOHN E. GIERUM
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Hospital Lawsuit (s) | 1142-000 | 196,243.19 |
| Interest Income | 1270-000 | 181.56 |
| **TOTAL GROSS RECEIPTS** | | **$196,424.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| John E. Ugaste | Personal Injury Exemption | 8100-002 | 15,000.00 |
| John E. Ugaste | INTERIM DISTRIBUTION OF SURPLUS TO DEBTOR | 8100-002 | 30,000.00 |
| John E. Ugaste |  | 8200-002 | 83,161.39 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$128,161.39** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| TOTAL SECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 6,657.45 | 6,657.45 | 6,657.45 |
| JOHN E. GIERUM | 2200-000 | N/A | 157.78 | 157.78 | 157.78 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 6,815.23 | 6,815.23 | 6,815.23 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | N/A | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Recovery Management Systems Corporation | 7100-000 | N/A | 141.47 | 141.47 | 141.47 |
| 1I | Recovery Management Systems Corporation | 7990-000 | N/A | 9.08 | 9.08 | 9.08 |
| 2 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 6,988.29 | 6,988.29 | 6,988.29 |
| 2I | Discover Bank/DFS Services LLC | 7990-000 | N/A | 448.64 | 448.64 | 448.64 |
| 3 | CHASE BANK USA | 7100-000 | N/A | 11,484.87 | 11,484.87 | 11,484.87 |
| 3I | CHASE BANK USA | 7990-000 | N/A | 737.31 | 737.31 | 737.31 |
| 4 | CHASE BANK USA | 7100-000 | N/A | 4,128.45 | 4,128.45 | 4,128.45 |
| 4I | CHASE BANK USA | 7990-000 | N/A | 265.04 | 265.04 | 265.04 |
| 5 | CHASE BANK USA | 7100-000 | N/A | 19,874.14 | 19,874.14 | 19,874.14 |
| 5I | CHASE BANK USA | 7990-000 | N/A | 1,275.89 | 1,275.89 | 1,275.89 |
| 6 | FIA Card Services, N.A. | 7100-000 | N/A | 15,124.01 | 15,124.01 | 15,124.01 |
| 6I | FIA Card Services, N.A. | 7990-000 | N/A | 970.94 | 970.94 | 970.94 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 61,448.13 | 61,448.13 | 61,448.13 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 07-22684  
Case Name: UGASTE, JOHN E

Period Ending: 10/14/10

Trustee: (520171) JOHN E. GIERUM  
Filed (f) or Converted (c): 12/03/07 (f)  
§341(a) Meeting Date: 01/04/08  
Claims Bar Date: 05/01/08

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Hospital Lawsuit (s) | 50,000.00 | 35,000.00 | | 196,243.19 | FA |
| 2 | Fishing equipment (s) | 300.00 | 30.00 | DA | 0.00 | FA |
| 3 | Treadmill (s) | 250.00 | 50.00 | DA | 0.00 | FA |
| 4 | Coin Collection (s) | 3,000.00 | 881.00 | DA | 0.00 | FA |
| 5 | 2006 Chrysler T & C (s) | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Chase checking (s) | 11.00 | 0.00 | DA | 0.00 | FA |
| 7 | Lake Forest checking (s) | 25.00 | 0.00 | DA | 0.00 | FA |
| 8 | Lake Forest Savings (s) | 6,683.00 | 0.00 | DA | 0.00 | FA |
| 9 | Lake Forest ss (s) | 25.00 | 0.00 | DA | 0.00 | FA |
| 10 | Lake Forest Savings 2 (s) | 50.00 | 0.00 | DA | 0.00 | FA |
| 11 | Lake Forest checking 2 (s) | 50.00 | 0.00 | DA | 0.00 | FA |
| 12 | Household Furnishings and computer (s) | 2,150.00 | 900.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 181.56 | FA |
| 13 | Assets Totals (Excluding unknown values) | $77,544.00 | $36,861.00 | | $196,424.75 | $0.00 |

**Major Activities Affecting Case Closing:**

Checks sent out awaiting clearance

Initial Projected Date Of Final Report (TFR): December 31, 2009   Current Projected Date Of Final Report (TFR): October 19, 2009 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-22684 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | UGASTE, JOHN E | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****74-65 - Money Market Account |
| Taxpayer ID #: | **-***7693 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 10/14/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/11/08 | {1} | Romanucci & Blandin, LLC | Personal injury litigation proceeds | 1142-000 | 196,243.19 | | 196,243.19 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 13.67 | | 196,256.86 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 23.33 | | 196,280.19 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 25.75 | | 196,305.94 |
| 10/27/08 | | To Account #********7466 | TRANSFER OF FUNDS | 9999-000 | | 15,000.00 | 181,305.94 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 21.16 | | 181,327.10 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 14.25 | | 181,341.35 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 12.85 | | 181,354.20 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.39 | | 181,361.59 |
| 02/19/09 | | To Account #********7466 | TRANSFER OF FUNDS | 9999-000 | | 157.78 | 181,203.81 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.90 | | 181,210.71 |
| 03/23/09 | | To Account #********7466 | INTERIM DISTRIBUTION OF SURPLUS TO DEBTOR | 9999-000 | | 30,000.00 | 151,210.71 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.55 | | 151,218.26 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.16 | | 151,224.42 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.96 | | 151,230.38 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.58 | | 151,236.96 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.37 | | 151,243.33 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.37 | | 151,249.70 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.17 | | 151,255.87 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 6.17 | | 151,262.04 |
| 11/24/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 4.93 | | 151,266.97 |
| 11/24/09 | | To Account #********7466 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 151,266.97 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 196,424.75 | 196,424.75 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 196,424.75 | |
| | | | **Subtotal** | | 196,424.75 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$196,424.75** | **$0.00** | |

{} Asset reference(s)   Printed: 10/14/2010 03:00 PM   V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-22684 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | UGASTE, JOHN E | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****74-66 - Checking Account |
| Taxpayer ID #: | **-***7693 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 10/14/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/27/08 | | From Account #*********7465 | TRANSFER OF FUNDS | 9999-000 | 15,000.00 | | 15,000.00 |
| 10/27/08 | 101 | John E. Ugaste | Personal Injury Exemption | 8100-002 | | 15,000.00 | 0.00 |
| 02/19/09 | | From Account #*********7465 | TRANSFER OF FUNDS | 9999-000 | 157.78 | | 157.78 |
| 02/19/09 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #07-22684, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 157.78 | 0.00 |
| 03/23/09 | | From Account #*********7465 | INTERIM DISTRIBUTION OF SURPLUS TO DEBTOR | 9999-000 | 30,000.00 | | 30,000.00 |
| 03/23/09 | 103 | John E. Ugaste | INTERIM DISTRIBUTION OF SURPLUS TO DEBTOR | 8100-002 | | 30,000.00 | 0.00 |
| 11/24/09 | | From Account #*********7465 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 151,266.97 | | 151,266.97 |
| 11/25/09 | 104 | JOHN E. GIERUM | | 2100-000 | | 6,657.45 | 144,609.52 |
| 11/25/09 | 105 | Recovery Management Systems Corporation | | 7100-000 | | 141.47 | 144,468.05 |
| 11/25/09 | 106 | Discover Bank/DFS Services LLC | | 7100-000 | | 6,988.29 | 137,479.76 |
| 11/25/09 | 107 | CHASE BANK USA | | 7100-000 | | 11,484.87 | 125,994.89 |
| 11/25/09 | 108 | CHASE BANK USA | | 7100-000 | | 4,128.45 | 121,866.44 |
| 11/25/09 | 109 | CHASE BANK USA | | 7100-000 | | 19,874.14 | 101,992.30 |
| 11/25/09 | 110 | FIA Card Services, N.A. | | 7100-000 | | 15,124.01 | 86,868.29 |
| 11/25/09 | 111 | Recovery Management Systems Corporation | | 7990-000 | | 9.08 | 86,859.21 |
| 11/25/09 | 112 | Discover Bank/DFS Services LLC | | 7990-000 | | 448.64 | 86,410.57 |
| 11/25/09 | 113 | CHASE BANK USA | | 7990-000 | | 737.31 | 85,673.26 |
| 11/25/09 | 114 | CHASE BANK USA | | 7990-000 | | 265.04 | 85,408.22 |
| 11/25/09 | 115 | CHASE BANK USA | | 7990-000 | | 1,275.89 | 84,132.33 |
| 11/25/09 | 116 | FIA Card Services, N.A. | | 7990-000 | | 970.94 | 83,161.39 |
| 11/25/09 | 117 | John E. Ugaste | | 8200-002 | | 83,161.39 | 0.00 |
| | | | ACCOUNT TOTALS | | 196,424.75 | 196,424.75 | $0.00 |
| | | | Less: Bank Transfers | | 196,424.75 | 0.00 | |
| | | | Subtotal | | 0.00 | 196,424.75 | |
| | | | Less: Payments to Debtors | | | 128,161.39 | |
| | | | NET Receipts / Disbursements | | $0.00 | $68,263.36 | |

{} Asset reference(s)                                                                                                                           Printed: 10/14/2010 03:00 PM    V.12.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 07-22684 | | **Trustee:** | JOHN E. GIERUM (520171) |
| --- | --- | --- | --- | --- |
| **Case Name:** | UGASTE, JOHN E | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******74-65 - Money Market Account |
| **Taxpayer ID #:** | **-***7693 | | **Blanket Bond:** | $69,308,000.00 (per case limit) |
| **Period Ending:** | 10/14/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)                                                                                                  Printed: 10/14/2010 03:00 PM   V.12.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 07-22684 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | UGASTE, JOHN E | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******74-66 - Checking Account |
| Taxpayer ID #: | **-***7693 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 10/14/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****74-65 | 196,424.75 | 0.00 | 0.00 |
| Checking # ***-*****74-66 | 0.00 | 68,263.36 | 0.00 |
| MMA # 9200-******74-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******74-66 | 0.00 | 0.00 | 0.00 |
| | $196,424.75 | $68,263.36 | $0.00 |

{} Asset reference(s)

Printed: 10/14/2010 03:00 PM V.12.54